IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION


RONNIE BARTON,                          §
TDCJ NO. 1792342,                       §
                                        §
              Plaintiff,                §
                                        §
v.                                      §          CIVIL ACTION NO. H-12-2647
                                        §
HOLIDAY UNIT MEDICAL DEPARTMENT, §
                                        §
              Defendant.                §


## FINAL JUDGMENT


For the reasons stated in this court's Memorandum Opinion and Order entered this date, this action is **DISMISSED without prejudice.**

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 16th day of October, 2012.


                                        _____
                                                 SIM LAKE
                                        UNITED STATES DISTRICT JUDGE