IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONNIE BARTON,<br>TDCJ NO. 1792342,<br><br>        Plaintiff,<br><br>v.<br><br>HOLIDAY UNIT MEDICAL DEPARTMENT,<br><br>        Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-12-2647 |

### FINAL JUDGMENT

For the reasons stated in this court's Memorandum Opinion and Order entered this date, this action is **DISMISSED without prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 16th day of October, 2012.

                                                                         SIM LAKE
                                            UNITED STATES DISTRICT JUDGE